IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND, OHIO

AARON MINC,
5910 LANDERBROOK DR., STE 200
CLEVELAND, OH 44124

   PLAINTIFF,

vs.

JOHN DOES 1-26,

   DEFENDANTS.

CASE NO:

JUDGE:

**COMPLAINT**

Now comes Plaintiff **AARON MINC** ("Plaintiff"), *pro se*, and for his Complaint against Defendants **JOHN DOES 1-26** ("Defendants"), states as follows

1. Plaintiff is a private citizen residing in Moreland Hills, Ohio and brings this action for violation of the Telephone Consumer Protection Act (the "Act"). 47 U.S.C. 227 *et seq*.

2. Jurisdiction is appropriate in this Court pursuant to 28 U.S.C. 1331. *Charvat v. EchoStar Satellite, LLC*, 630 F.3d 459 (6th Cir. 2010).

3. Plaintiff maintains a telephone number through a cellular telephone service as defined in the Act and has been successfully registered on the Federal Do Not Call list since July 03, 2003.

4. Between May 14, 2015 and September 1, 2015, Plaintiff received at least 26 phone calls (the "calls") to his cellular telephone number from unknown individuals and/or businesses telemarketers.

5. The calls were made to Plaintiff's cell phone without Plaintiff's prior express consent and utilized an automatic telephone dialing system and/or an artificial or prerecorded voice in violation of the Act.

6. The calls were harassing, annoying, and disruptive to Plaintiff.

7. Plaintiff will amend his Complaint to add Defendants' identities upon discovery.

WHEREFORE, Plaintiff requests the following relief:

8. Statutory damages under the Act in the amount of $500 for each call in violation of the Act.

9. Statutory damages in the amount of $1,500 for each willful violation of the Act.

Respectfully submitted,

*[signature]*

Aaron Minc, *pro se*