**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **AARON MINC, et al.** ) | |
| ) | Civil Action No. 1:15-CV-01777 |
| Plaintiffs, ) | |
| v. ) | Judge: Dan A. Polster |
| ) | |
| **ENTERPRISE FINANCIAL GROUP, et al.** ) | **PLAINTIFF'S MOTION TO DISMISS DEFENDANT ENTERPRISE** |
| ) | **FINANCIAL GROUP, INC. WITHOUT** |
| Defendants. ) | **PREJUDICE PURSUANT TO FED. R.** |
| ) | **CIV. P. 41(a)(2).** |

Now comes Plaintiff Aaron Minc, individually and on behalf of all other similarly situated, and moves this Court for an Order dismissing Defendant Enterprise Financial Group, Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

For cause, Plaintiff and Defendant Enterprise Financial Group, Inc., had prior settlement discussions, however, at this point Plaintiff elects to move the Court for dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

If, as Defendant Enterprise has represented, it was not involved in the subject illegal telemarketing calls, Plaintiff will not require it to pay money to effect its dismissal. However, should discovery reveal that Defendant violated the statute or bears liability in this matter, Plaintiff does not desire to foreclose his right to bring this defendant back into the suit, or pursue it separately.

Accordingly, Plaintiff respectfully requests that this Court enter an Order dismissing without prejudice Defendant Enterprise Financial Group, Inc. Plaintiff will file a dismissal against Defendant Capital Advance Solutions separately and amend his Complaint against Car Guardian to proceed solely against that Defendant.

                Respectfully submitted,

                **PISCITELLI LAW FIRM**

                */s/Eric W. Henry*
                **ERIC W. HENRY (0086750)**
                **FRANK E. PISCITELLI, JR. (0062128)**
                8440 Station Street
                Mentor, Ohio 44060
                216.931.7000 Telephone
                216.931.9925 Facsimile
                eric@feplaw.com
                frank@feplaw.com

                Attorneys for Plaintiff Aaron Minc

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served through the Court's Electronic Filing System on April 18, 2016.

**Mary J. Singer**
McNeal Schick Archibald & Biro Co., L.P.A.
123 West Prospect Avenue, Suite 250
Cleveland, OH 44115
mjs@msablaw.com
Attorney for Defendant CarGuardian Warranty, LLC


**Grant S. Cowan**
Frost Brown Todd-Cincinnati
3300 Great American Center
301 East Fourth Street
Cincinnatti, OH 45202
gcowan@fbtlaw.com

**Bart F. Higgins**
**James D. Shields**
Shields Legal Group
16301 Quorum Drive, Suite 250B
Addison, TX 75001
bhiggins@shieldslegal.com
jshields@shieldslegal.com
Attorneys for Defendant Enterprise Financial Group, Inc.


  The following party was served by U.S. Mail on April 18, 2016:

**Capitol Advance Solutions, LLC**
c/o Charles Betta or any Officer
1715 State Route 35, Route 302
Middletown, NJ 07748
Defendant

             */s/Eric W. Henry*
             **ERIC W. HENRY (0086750)**
             **FRANK E. PISCITELLI, JR. (0062128)**
             Attorneys for Plaintiff Aaron Minc