# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **AARON MINC, et al.** )   | ) |
| ) | ) Civil Action No. 1:15-CV-01777 |
| Plaintiffs, ) | ) |
| v. ) | ) Judge: Dan A. Polster |
| ) | ) |
| **ENTERPRISE FINANCIAL GROUP, et al.** ) | ) **ORDER GRANTING PLAINTIFF'S** |
| ) | ) **MOTION TO DISMISS ENTERPRISE** |
| ) | ) **FINANCIAL GROUP, INC. WITHOUT** |
| Defendants. ) | ) **PREJUDICE** |
| ) | ) |

This matter came before the Court on the motion by counsel for Plaintiff Aaron Minc, on behalf of himself and other similarly situated, to dismiss without prejudice Defendant Enterprise Financial Group, Inc. pursuant to Fed. R. Civ. P. 41(a)(2). The Court has reviewed the motion and finds that good cause exists to grant the motion. It is hereby ORDERED that Defendant Enterprise Financial Group, Inc. is dismissed from this suit, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: 4/19/2016

s/*Dan Aaron Polster*
Dan A. Polster
U.S. DISTRICT JUDGE

-4-