UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION
-------------------------------------------------------------------------------x

AARON MINC, Individually and on behalf of all others similarly situated,

              Plaintiffs,

vs.

ENTERPRISE FINANCIAL GROUP, and CARGUARDIAN WARRANTY, LLC, and CAPITAL ADVANCE SOLUTIONS, LLC. et. al.
              Defendant(s).
-------------------------------------------------------------------------------x

STIPULATION OF DISCONTINUANCE WITH PREJUDICE

No. 15-CV-01777

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff AARON MINC and Defendant CAPITAL ADVANCE SOLUTIONS, LLC.to the above entitled action, that the above entitled action be, and the same hereby, is dismissed with prejudice as to Defendant CAPITAL ADVANCE SOLUTIONS, LLC  without costs to any part as against any other.


Dated: Brooklyn, NY
      April 22, 2016

Dated: Mentor, OH
      April 22, 2016


  /s/Craig Dietsch
Craig Dietsch, Esq.
The Law Office Of Craig Dietsch, Esq.
511 6th Ave. Ground Floor Office
Brooklyn, New York 11215
(347) 641-9916 (Phone)
(718) 679-9177 (Fax)
Attorney for Defendant
*Capital Advance Solutions, LLC.*

*/s/ Eric W. Henry*
Eric W. Henry, Esq. (086750)
Piscitelli Law Firm
8440 Station Street
Mentor, Ohio 44060
(216) 931-7000 (Phone)
(216) 931-9925(Fax)
Attorney for Plaintiff
*Aaron Minc*


SO ORDERED:

  **s/*Dan Aaron Polster***     4/25/2016
Hon. Dan Aaron Polster, U.S.D.J.